IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEARIUS SHELTON**  **PLAINTIFF**
**#250955**

V.  NO. 4:22-cv-001187-JM

**HIGGINS,** *et al*.  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE